IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | ) | CHAPTER 11 CASES |
|---|---|---|
| DIVERSE ENERGY SYSTEMS, LLC | ) | CASE NO. 15-34736 |
| SCRIBNER INDUSTRIES, INC. | ) | CASE NO. 15-34737 |
| DIVERSE ENERGY SYSTEMS, LLC d/b/a LEAN TECHNOLOGIES, LLC | ) | CASE NO. 15-34738 |
| ROULY, INC. | ) | CASE NO. 15-34739 |
| Debtors. | ) | |

## ORDER FOR JOINT ADMINISTRATION

On the motion for joint administration of these cases under Bankruptcy Rule 1015, the court orders that the above referenced cases are jointly administered. Additionally, the following checked items are ordered:

1. \_\_\_\_\_   One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

2. \_\_\_\_\_   Case No. 15-34739, 15-34738 and 15-34737 shall be jointly administered under Case No. 15-34736 which shall be transferred to Judge Karen K. Brown, who has an affiliated debtor case (Case No. 15-32145).

3. \_\_\_\_\_   Parties may request joint hearings on matters pending in any of the jointly administered cases.

4. \_\_\_\_\_   Other: _____

Only the lines checked are ordered:

Dated: _____

_____
**UNITED STATES BANKRUPTCY JUDGE**