IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIVERSE ENERGY SYSTEMS, LLC, | § | CASE NO. 15-34736 |
| SCRIBNER INDUSTRIES, INC., | § | CASE NO. 15-34737 |
| DIVERSE ENERGY SYSTEMS, LLC, | § | CASE NO. 15-34738 |
| d/b/a LEAN TECHNOLOGIES, LLC, | § | CASE NO. 15-34739 |
| ROULY, INC. | § | |
| | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 15-34736-H5-11 |
| | § | |
| DEBTORS. | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The Official Committee of Unsecured Creditors of ITS Engineered Systems, Inc. (the "Committee"), a party-in-interest in this Chapter 11 case, files this Notice of Appearance pursuant to Bankruptcy Rule 9010(b) and this Request for Notices pursuant to Rule 2002(g).

ITS Engineered Systems, Inc. ("ITS") is an indirect subsidiary of Diverse Energy Systems, LLC and Diverse Energy Systems, LLC, d/b/a Lean Technologies, Inc.  ITS is a Debtor under Case No. 15-32145 in this Court.  The Committee has retained the undersigned as its counsel.

The undersigned requests that copies of all pleadings, orders, notices and other papers filed or issued in this case be served on him electronically or at the address stated below.

Dated: September 11, 2015

Respectfully submitted,

CRAIN, CATON & JAMES, P.C.


By: ___/s/H. Miles Cohn_____
H. Miles Cohn
Texas State Bar No. 04509600
1401 McKinney Street, 17th Floor
Five Houston Center
Houston, Texas 77010-4035
Telephone (713) 752-8668
Facsimile (713) 658-1921
mcohn@craincaton.com
ATTORNEY-IN-CHARGE FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ITS ENGINEERED SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy foregoing Notice of Appearance and Request for Notices has been served on this the 11th day of September, 2015, by ECF electronic service, to Debtor's counsel, counsel for the United States trustee, and all other parties requesting notice.

_____/s/H. Miles Cohn_____
H. Miles Cohn