

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/04/2016

| | | |
|---|---|---|
| IN RE: § | | |
| DIVERSE ENERGY SYSTEMS, LLC, *et al* § | CASE NO: 15-34736 | |
| § | | |
| DIVERSE ENERGY SYSTEMS, LLC; dba § | CASE NO: 15-34738 | |
| LEAN TECHNOLOGIES, LLC § | | |
| § | | |
| ROULY, INC. § | CASE NO: 15-34739 | |
| § | Jointly Administered Order | |
| Debtor(s) § | | |
| § | CHAPTER 11 | |

## ORDER TO SHOW CAUSE

It is **ORDERED** that movant's counsel appear and show cause why conversion to Chapter 7 is not proper in this case.

The hearing will be:

DATE: **January 12, 2016**
TIME: **2:45 PM (Central Time)**
PLACE: Courtroom 403, 4th floor, U.S. Courthouse, 515 Rusk Street, Houston, Texas 77002.

Signed this 4th day of Jan, 2016 at Houston, Texas.

KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE