## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 CASES |
| | ) | |
| DIVERSE ENERGY SYSTEMS, LLC | ) | CASE NO. 15-34736 |
| | ) | |
| SCRIBNER INDUSTRIES, INC. | ) | CASE NO. 15-34737 |
| | ) | |
| DIVERSE ENERGY SYSTEMS, LLC | ) | CASE NO. 15-34738 |
| d/b/a LEAN TECHNOLOGIES, LLC | ) | |
| | ) | |
| ROULY, INC. | ) | CASE NO. 15-34739 |
| | ) | |
| Debtors. | ) | **Jointly Administered Under** |
| | ) | **Case No. 15-34736-H5-11** |
| | ) | |

### INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL
[Docket No. 269]

Came on for consideration the *Debtors' Motion to Extend Term of Final Order Authorizing Use of Cash Collateral and Request for Expedited Consideration* (the "Motion")[1] filed by Diverse Energy Systems, LLC ("Diverse Holdings"), Scribner Industries, Inc. ("Scribner"), Diverse Energy Systems, LLC d/b/a Lean Technologies, LLC ("Diverse"), and Rouly, Inc. ("Rouly" and, collectively with Diverse Holdings, Scribner, and Diverse, the "Debtors"). Having considered the Motion, the evidence, and the arguments of counsel, the Court finds and concludes that good cause exists to enter the following Order.

As used in this Order, the following terms have the respective meanings set forth below:

(a)    The term "Prepetition Lender" shall refer to Alerus Financial, N.A. ("Alerus");

(b)    The term "Cash Collateral" shall be deemed to include, without limitation, all "cash collateral" as defined in section 363(a) of the Bankruptcy Code, and all deposits, rents and all cash arising from the collection or conversion into cash of property of the Debtor in which

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

the Prepetition Lender or the Equipment Lenders hold a valid and perfected prepetition security interest, lien or mortgage;

(c)     The term "Prepetition Lender's Collateral" shall mean all property of the Debtors in which the Prepetition Lender holds a valid and perfected a prepetition security interest, lien or mortgage;

(d)     The term "Term" shall mean January 11, 2016, through and including January 22, 2016;

(e)     The term "Equipment Lenders" shall refer to Fountain Leasing 2013, L.P. ("Fountain"), Grand Bank of Texas ("GBT") and Nations Fund I, LLC ("Nations");

(f)     The term "Alerus Stipulation" shall refer to the *Joint Stipulation and Agreed Order Regarding Use of Cash Collateral and Adequate Protection* [Docket No. 229].

(g)     The term "DIP Lender" shall mean Coyote Capital Management, LLC.

Accordingly, it is hereby ORDERED that:

1.     The Motion is hereby granted on an interim basis as set forth below.  Any subsequent modification, vacation or stay of this Order, or any part thereof, shall not affect any action or transfer made pursuant to this Order, including without limitation the use of the Cash Collateral by the Debtors.

2.     This Order shall be effective during the Term.

3.     During the Term of this Order, the Debtors are authorized to operate their business and to use Cash Collateral to pay expenses in accordance with the Budget attached hereto as **Exhibit A** for the two (2) weeks beginning respectively on January 11 and January 22, 2016.  The Debtors shall have a 10% variance for items reflected in the Budget.  Thus, absent the approval of the Court or the Prepetition Lender, the Debtors' actual expenses with respect to any line item entry on the Budget shall not deviate by 10% negatively from the projected line item entry (i.e., actual expenses shall not be greater than budgeted expenses by more than 10%).

4.      As adequate protection for any diminution in the value of the Prepetition Lender's interest in the Prepetition Lender's Collateral caused by the use of Cash Collateral by the Debtor, the Prepetition Lender shall receive the Post-Petition Liens, Super Priority Claims, and other forms of adequate protection as defined and set forth in paragraphs 6 through 10 of the Alerus Stipulation, which are hereby incorporated by reference as if fully set forth herein.  The Prepetition Lender's Post-Petition Liens shall be subject to the Permitted Exceptions as defined and set forth in the Alerus Stipulation as well as the liens and security interests granted to the DIP Lender in the *Agreed Final Order Approving Post-Petition Financing and Continuing Cash Collateral Usage* [Docket No. 171] ("Final DIP Order").

5.      Notwithstanding any other provision of this Order, the Debtors shall be authorized to use Cash Collateral to pay all quarterly fees payable to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6).

6.      All parties, including any equipment lessors, do not waive and hereby expressly reserve all rights under title 11 of the U.S. Code, the Orders of this Court, and applicable law regarding the determination of the amount and allowance of all claims, the provision of adequate protection of any and all interests, and all future uses of Cash Collateral other than pursuant to this Order.  This Order is without prejudice to the Debtors' right to seek authorization to use Cash Collateral beyond the Term of this Order.

7.      Notwithstanding anything herein to the contrary, the relief granted herein is without prejudice to any rights of the Texas Comptroller of Public Accounts to funds which do not constitute property of the estate but which may qualify as trust funds.  The Comptroller is not precluded from pursuing such funds, if any, by this Order, nor is any party in interest precluded from contesting any action of the Comptroller to recover alleged trust funds.  Any liens or claims granted herein are not valid or enforceable in relation to any funds which do not constitute property of the Debtors' bankruptcy estates and which qualify as trust funds.  In addition, within five (5) business days of the entry of this Order: (a) Diverse shall establish a "Sales Tax Escrow

Account" ("Sales Tax Account") at an approved depository institution into which all sales taxes collected by Diverse shall be deposited; (b) once the Sales Tax Account is established, Diverse will deposit all sales tax collected by it directly into the Sales Tax Account; (c) within 48 hours of Diverse's receipt of the monthly statement for the Sales Tax Account, Diverse will provide a copy via email to counsel for the Comptroller by email to Courtney.Hull@texasattorneygeneral.gov; (d) upon one week's advance written notice to Diverse's counsel, a representative of the Comptroller may inspect the books and records of Diverse solely for the purpose of verifying the amount of the taxes and the balance of Diverse's Tax Account; and (e) Diverse shall file its sales tax returns and make payment of post-petition taxes owed to Comptroller on a timely basis as required by state law and by 28 U.S.C. §§ 959(b) and 960.

8.     In the event of any conflict between the Alerus Stipulation and this Order, other than relating to the Budget and the Term of this Order, the Alerus Stipulation shall control.

DATED:  January ___, 2016

_____
**UNITED STATES BANKRUPTCY JUDGE**

L:\BFORSHEY\Diverse Energy Systems, LLC #5759\Pleadings (Diverse BK Case) 15-34736 (TXSB)\Interim Cash Collateral Order 1.5.16.docx

# EXHIBIT "A"

Cash Collateral Sources & Uses for weeks starting 12.28.15 to 02.01.16

| Description | 12/28/2015 | 1/4/2016 | 1/11/2016 | 1/18/2016 | 1/25/2016 | 2/1/2016 | Total |
|---|---|---|---|---|---|---|---|
| | | | Budget | | | | |
| **Beginning Cash** | 331,593 | 48,918 | 114,644 | (8,105) | 38,477 | (86,841) | 331,593 |
| **\*\*\*DIP Loan** | - | - | - | - | - | - | - |
| ITS DIP Loan (advance) payment | | | | | | | - |
| **Inflow:** | | | | | | | |
| AR Collections - Current | 277,332 | 274,975 | 239,334 | 226,183 | 229,515 | 229,515 | 1,476,854 |
| AR Collections - New \ Misc | - | - | - | - | - | - | - |
| Intercompany allocations (GL, Umbrella, Property, Benefits) | 20,000 | | | | | | 20,000 |
| **Total Inflows** | 297,332 | 274,975 | 239,334 | 226,183 | 229,515 | 229,515 | 1,496,854 |
| **Outflow:** | | | | | | | |
| Payroll - Direct & Shop OH | 49,268 | | 47,268 | | 47,268 | | 143,804 |
| Payroll - SG&A | 169,564 | | 161,564 | | 161,564 | | 492,693 |
| 401k \ Health Savings | 12,000 | | 12,000 | | 12,000 | | 36,000 |
| Materials to Purchase (current orders) | 1,500 | 20,000 | 10,000 | 15,000 | 5,000 | - | 51,500 |
| Materials to Purchase (new orders) | - | - | - | - | - | - | - |
| Bariven \ PDVSA | - | - | - | - | - | - | - |
| ITS charge for manufactured goods | 195,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 695,000 |
| Rents | 12,741 | - | - | - | - | 4,741 | 17,482 |
| Recurring Pymts | 11,200 | 43,817 | - | - | - | 52,965 | 107,982 |
| Utilities | - | 26,181 | 12,000 | 350 | - | 26,181 | 64,713 |
| Legal \ Professional fees | 49,750 | - | - | - | - | - | 49,750 |
| US Trustee Fees | - | - | - | - | 9,750 | - | 9,750 |
| General Expenses (i.e. shop expenses) | 19,251 | 19,251 | 19,251 | 19,251 | 19,251 | 19,251 | 115,506 |
| Adequate Protection Payments | - | - | - | - | - | - | - |
| Interest Payments on DIP Loan | 18,982 | | | | | | 18,982 |
| Insurance (Health and Life) | 40,750 | - | - | - | - | 40,750 | 81,500 |
| Other | - | - | - | 45,000 | - | - | 45,000 |
| **Total Outflows** | 580,007 | 209,249 | 362,083 | 179,601 | 354,833 | 243,888 | 1,929,662 |
| **Ending Cash** | 48,918 | 114,644 | (8,105) | 38,477 | (86,841) | (101,215) | (101,215) |

**\*\*\*DIP Loan proceeds are shown net of all financing fees (payable to DIP Lender), closing costs (payable to SSG) and attorney's fees (DIP Lender's counsel) detailed as follows:**

| | |
|---|---|
| DIP Loan Advance Amount | - |
| Less: Financing Fees payable to DIP Lender | - |
| Less: Monthly Admin Fee payable to DIP Lender | - |
| Less: Attorney's Fees payable to DIP Lender's Counsel | - |
| Interest on DIP loan | - |
| Less: Closing Costs payable to SSG | - |
| Less: Appraisal fee (Hobbs, NM property) | - |
| Less: 1/2 of Break Up Fee and est Attorney Fee due to RRCC (previous DIP Lender terms sheet) | - |
| NET PROCEEDS FROM DIP LOAN ADVANCE | - |

Diverse & Rouly

Debtors' Ex. 03, p. 001

Cash Collateral Sources & Uses for weeks starting 12.28.15 to 02.01.16

| Description | 12/28/2015 | 1/4/2016 | 1/11/2016 | 1/18/2016 | 1/25/2016 | 2/1/2016 | Total |
|---|---|---|---|---|---|---|---|
| | | | Budget | | | | |
| Beginning Cash | 39,425 | (61) | 5,330 | 10,049 | 80,943 | 87,462 | 39,425 |
| ***DIP Loan | - | - | - | - | - | - | - |
| Inflow: | | | | | | | |
| AR Collections - Current | | | | | | | |
| AR Collections - New | | | | | | | |
| Revenue from Diverse | 195,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 695,000 |
| Outflow: | | | | | | | |
| Payroll - Direct & Shop OH | 65,000 | | 65,000 | | 65,000 | | 195,000 |
| Payroll - SG&A | 11,000 | | 11,000 | | 11,000 | | 33,000 |
| 401k | 2,800 | | 2,800 | | 2,800 | | 8,400 |
| ** Rents | - | 20,000 | - | - | - | - | 20,000 |
| Recurring Payments | - | - | - | - | - | - | - |
| Utilities | 350 | 6,000 | 5,750 | - | 350 | 6,000 | 18,450 |
| Materials in Manufacturing | 86,687 | 65,360 | 7,483 | 25,856 | 1,333 | 5,000 | 191,718 |
| General \ Shop Overhead expenses | 3,249 | 3,249 | 3,249 | 3,249 | 3,249 | 3,249 | 19,494 |
| Legal and Professional Fees | 16,000 | - | - | - | - | - | 16,000 |
| Bank Fees | | | | | | | - |
| U.S. Trustee Fees | - | - | - | - | 9,750 | - | 9,750 |
| Intercompany allocations (GL, Umbrella, Property, Benefits) | 20,000 | - | - | - | - | - | 20,000 |
| Diverse Management Fee | | | | | | | - |
| Interest Payments on DIP Loan | 7,000 | | | | | | 7,000 |
| Insurance (Health and Life, etc.) | 22,400 | - | - | - | - | 22,380 | 44,780 |
| Other | - | - | - | - | - | - | - |
| Total Outflows | 234,486 | 94,609 | 95,282 | 29,105 | 93,482 | 36,629 | 583,592 |
| Net Cash Flows | (61) | 5,391 | 4,718 | 70,895 | 6,518 | 63,371 | 111,408 |
| Ending Cash | (61) | 5,330 | 10,049 | 80,943 | 87,462 | 150,833 | 150,833 |

***DIP Loan proceeds are shown net of all financing fees (payable to DIP Lender), closing costs (payable to SSG) and attorney's fees (DIP Lender's counsel) detailed as follows:

| | |
|---|---|
| DIP Loan Advance/(Repayment) Amount | - |
| Less: Financing Fees payable to DIP Lender | - |
| Less: Monthly Admin Fee payable to DIP Lender | - |
| Less: Attorney's Fees payable to DIP Lender's Counsel | - |
| Less: Closing Costs payable to SSG | - |
| Less: 1/2 of Break Up Fee and est Attorney Fee due to RRCC (previous DIP Lender terms sheet) | - |
| NET PROCEEDS FROM DIP LOAN ADVANCE | - |

ITS

Debtors' Ex. 03, p. 002

Cash Collateral Sources & Uses for weeks starting 12.28.15 to 02.01.16

| Description | 12/28/2015 | 1/4/2016 | 1/11/2016 | 1/18/2016 | 1/25/2016 | 2/1/2016 | Total |
|---|---|---|---|---|---|---|---|
| **Beginning Cash** | 371,018 | 48,858 | 119,974 | 1,944 | 119,421 | 620 | 371,018 |
| ***DIP Loan | - | - | - | - | - | - | - |
| **Inflow:** | | | | | | | |
| AR Collections - Current | 277,332 | 274,975 | 239,334 | 226,183 | 229,515 | 229,515 | 1,476,854 |
| AR Collections - New \ Misc | - | - | - | - | - | - | - |
| **Total Inflows** | 277,332 | 274,975 | 239,334 | 226,183 | 229,515 | 229,515 | 1,476,854 |
| **Outflow:** | | | | | | | |
| Payroll - Direct & Shop OH | 114,268 | - | 112,268 | - | 112,268 | - | 338,804 |
| Payroll - SG&A | 180,564 | - | 172,564 | - | 172,564 | - | 525,693 |
| 401k \ Health Savings | 14,800 | - | 14,800 | - | 14,800 | - | 44,400 |
| Materials to Purchase (current orders) | 88,187 | 85,360 | 17,483 | 40,856 | 6,333 | 5,000 | 243,218 |
| Materials to Purchase (new orders) | | | | | | | - |
| Bariven \ PDVSA | | | | | | | - |
| Rents | 12,741 | 20,000 | - | - | - | 4,741 | 37,482 |
| Recurring Pymts | 11,200 | 43,817 | - | - | - | 52,965 | 107,982 |
| Utilities | 350 | 32,181 | 17,750 | 350 | 350 | 32,181 | 83,163 |
| Legal \ Professional fees | 65,750 | - | - | - | - | - | 65,750 |
| US Trustee | - | - | - | - | 19,500 | - | 19,500 |
| General Expenses (i.e. shop expenses) | 22,500 | 22,500 | 22,500 | 22,500 | 22,500 | 22,500 | 135,000 |
| Adequate Protection Payments | - | - | - | - | - | - | - |
| Interest Payments on DIP Loan | 25,982 | - | - | - | - | - | 25,982 |
| Insurance (Health and Life, etc.) | 63,150 | - | - | - | - | 63,130 | 126,280 |
| Other | - | - | - | 45,000 | - | - | 45,000 |
| Contingency | - | - | - | - | - | - | - |
| **Total Outflows** | 599,492 | 203,858 | 357,365 | 108,706 | 348,315 | 180,517 | 1,798,254 |
| **Ending Cash** | 48,858 | 119,974 | 1,944 | 119,421 | 620 | 49,618 | 49,618 |

***DIP Loan proceeds are shown net of all financing fees (payable to DIP Lender), closing costs (payable to SSG) and attorney's fees (DIP Lender's counsel) detailed as follows:

| | | | |
|---|---|---|---|
| DIP Loan Advance/(Repayment) Amount | | | - |
| Less: Financing Fees payable to DIP Lender | | | - |
| Less: Monthly Admin Fee payable to DIP Lender | | | - |
| Less: Attorney's Fees payable to DIP Lender's Counsel | | | - |
| Interest on DIP loan | | | - |
| Less: Closing Costs payable to SSG | | | - |
| Less: Appraisal fee (Hobbs, NM property) | | | - |
| Less: Break Up Fee and est Attorney Fee due to RRCC (previous DIP Lender terms sheet) | | | - |
| NET PROCEEDS FROM DIP LOAN ADVANCE | | | - |

Consolidated

**Debtors' Ex. 03, p. 003**