

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/13/2016

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 CASES |
| DIVERSE ENERGY SYSTEMS, LLC | ) | CASE NO. 15-34736 |
| SCRIBNER INDUSTRIES, INC. | ) | CASE NO. 15-34737 |
| DIVERSE ENERGY SYSTEMS, LLC d/b/a LEAN TECHNOLOGIES, LLC | ) | CASE NO. 15-34738 |
| ROULY, INC. | ) | CASE NO. 15-34739 |
| Debtors. | ) | Jointly Administered Under Case No. 15-34736-H5-11 |

### ORDER SCHEDULING AUCTION AND SETTING A SALE HEARING

On January 12, 2016, the Court held a status conference in the above-referenced bankruptcy case and a hearing on the Court's "Order to Show Cause" entered on January 4, 2016 [Docket No. 303]. Based upon the record established at the hearing held on January 12, 2016, the Court orders as follows:

**ORDERED** that a hearing on this Court's Order to Show Cause shall be continued until January 19, 2016 at 12:00 o'clock noon (prevailing CST) in the courtroom of the Honorable Judge David Jones. It is further

**ORDERED** that the deadline to submit any bids, including an Asset Purchase Agreement executed by such bidder, to counsel for Debtors is set for Sunday, January 17, 2016 at 12:00 o'clock noon (prevailing CST). To the extent Debtors timely receive more than one bid for substantially all of Debtors' assets, Debtors shall conduct an auction on January 18, 2016 commencing at 12:00 o'clock noon (prevailing CST) in the offices of Jones Day, 717 Texas, Suite 3300, Houston, Texas 77002-2712. The auction shall be conducted in accordance with the procedures outlined in this Court's *Order Granting Debtors' Motion to Establish Bid Procedures and to Sell Certain Assets of the Estate Free and Clear of Liens, Claims,*

*Encumbrances and Other Interests Pursuant to 11 U.S.C. § 363 and to Assume and Assign Executory Contracts and Leases* [Docket No. 212, as supplemented by Docket No. 265] (the "**Sales Procedures Order**"). It is further

**ORDERED** that the Debtors have determined that no bidder should be designated as a Stalking Horse APA[1] per the Sales Procedures Order. It is further

**ORDERED** that a hearing on Debtors' *Motion to Establish Bid Procedures and to Sell Certain Assets of the Estate Free and Clear of Liens, Claims, Encumbrances and Other Interests Pursuant to 11 U.S.C. § 363 and to Assume and Assign Executory Contracts and Leases* filed on November 5, 2015 [Docket No. 178] as amended and/or supplemented by Docket Nos. 189, 199, and 285, and as may be further amended or supplemented (collectively the "**Sale Motion**") shall be held on January 19, 2016 at 12:00 o'clock noon (prevailing CST) in the courtroom of the Honorable Judge David Jones. It is further

**ORDERED** that the deadline for any creditors or parties-in-interest to file and serve any objections to the Sale Motion, including the assumption and assignment of any executory contracts or any objections to any cure amounts relating thereto is hereby set for January 19, 2016 at 9:00 o'clock a.m. (prevailing CST).

Signed: January 13, 2016

_____
Karen K. Brown
United States Bankruptcy Judge

L:\BFORSHEY\Diverse Energy Systems, LLC #5759\Pleadings (Diverse BK Case) 15-34736 (TXSB)\ORDER - Scheduling Auction and Setting a Sale Hearing 1.13.16.docx

---

[1] Capitalized terms in this Order shall have the meaning ascribed in the Sales Procedures Order, unless the context clearly requires otherwise.