IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) CHAPTER 11 CASES |
| | ) |
| DIVERSE ENERGY SYSTEMS, LLC | ) CASE NO. 15-34736 |
| | ) |
| SCRIBNER INDUSTRIES, INC. | ) CASE NO. 15-34737 |
| | ) |
| DIVERSE ENERGY SYSTEMS, LLC | ) CASE NO. 15-34738 |
| d/b/a LEAN TECHNOLOGIES, LLC | ) |
| | ) |
| ROULY, INC. | ) CASE NO. 15-34739 |
| | ) |
| Debtors. | ) **Jointly Administered Under** |
| | ) **Case No. 15-34736-H5-11** |

## NOTICE OF SALE HEARING, POTENTIAL AUCTION, AND OBJECTION DEADLINE

Pursuant to the terms of the Court's "Order Scheduling Auction and Setting a Sale Hearing" entered on January 13, 2016 (Dkt. No. 326) (the "Scheduling Order"), the following hearing, potential auction and objection deadline have been set by the Court.

**PLEASE BE ADVISED THAT** the deadline to submit any bids, including an Asset Purchase Agreement executed by such bidder, to counsel for Debtors is set for **Sunday, January 17, 2016 at 12:00 o'clock noon (prevailing CST)**. To the extent Debtors timely receive more than one bid for substantially all of Debtors' assets, Debtors shall conduct an auction on **Monday, January 18, 2016 commencing at 12:00 o'clock noon (prevailing CST)** in the offices of Jones Day, 717 Texas, Suite 3300, Houston, Texas 77002-2712. The auction shall be conducted in accordance with the procedures outlined in this Court's *Order Granting Debtors' Motion to Establish Bid Procedures and to Sell Certain Assets of the Estate Free and Clear of Liens, Claims, Encumbrances and Other Interests Pursuant to 11 U.S.C. § 363 and to Assume and Assign*

1

*Executory Contracts and Leases* [Docket No. 212, as supplemented by Docket No. 265] (the "Sales Procedures Order"). It is further

**PLEASE BE FURTHER ADVISED THAT** a hearing on *Debtors' Motion to Establish Bid Procedures and to Sell Certain Assets of the Estate Free and Clear of Liens, Claims, Encumbrances and Other Interests Pursuant to 11 U.S.C. § 363 and to Assume and Assign Executory Contracts and Leases* (Dkt. No. 178) filed on November 5, 2015, as supplemented and/or amended by Docket Nos. 189 and 285, and as may be further amended or supplemented (the "Sale Motion") and the *Debtors' Notice of (I) Possible Assumption and Assignment of Executory Contracts (II) Proposed Cure Amounts and (III) Deadline to Object Thereto*, will be held on **Tuesday, January 19, 2016 at 12:00 p.m. (prevailing CST)** in the courtroom of the **Honorable Judge David R. Jones**, 515 Rusk Avenue, Courtroom 400, 4th Floor, Houston, TX 77002.

**PLEASE BE FURTHER ADVISED THAT** a hearing on this Court's Order to Show Cause (Dkt. No. 303) is continued until **Tuesday, January 19, 2016, at 12:00 p.m. (prevailing CST)** in the courtroom of the **Honorable Judge David R. Jones**.

**PLEASE BE FURTHER ADVISED THAT** the deadline to file and serve any objections to the Sale Motion, including the assumption and assignment of any executory contracts or any objections to any cure amounts relating thereto is hereby set for **Tuesday, January 19, 2016, at 9:00 a.m. (prevailing CST).**

[Remainder of page intentionally left blank.]

Respectfully submitted this 14th day of January, 2016.

                    Respectfully submitted,

/s/ J. Robert Forshey
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
Clarke V. Rogers
State Bar No. 24052901
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1290
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
bforshey@forsheyprostok.com
srosen@forsheyprostok.com
crogers@forsheyprostok.com

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed in the case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, a copy was served on the parties who receive notice via the Court's ECF notification system and a copy was also forwarded via United States first class mail postage prepaid to each of the parties set forth on the Service List attached hereto, and the foregoing document was served via email on the parties listed below on this the 14th day of January, 2016.

Ellen Maresh Hickman
**Office of the U.S. Trustee**
ellen.hickman@usdoj.gov

Thomas G. Wallrich / Joel Nesset
Bryan Patrick Vezey
Cozen O'Connor
twallrich@cozen.com
jnesset@cozen.com
bvezey@cozen.com
Attorneys for **Alerus Financial, N.A.**

Joseph G. Epstein / Sean B. Davis
Winstead PC
jepstein@winstead.com
sbdavis@winstead.com
Attorneys for **Fountain Leasing 2013, LP**

Jim Rea / Marc W. Taubenfeld
McGuire, Craddock & Strother, PC
jrea@mcslaw.com
mtaubenfeld@mcslaw.com
Attorneys for **Grand Bank of Texas**

Michael D. Warner
Cole Schotz P.C.
mwarner@coleschotz.com
Attorneys for **Nations Fund I, LLC**

Michael W. Bishop
Gray Reed & McGraw, P.C.
mbishop@grayreed.com
Attorneys for **ITS Engineered Systems, Inc.**

H. Miles Cohn
Crain, Caton & James, PC
mcohn@craincaton.com
Attorney for the **Official Committee of Unsecured Creditors of ITS Engineered Systems, Inc.**

Cary M. Grossman
Shoreline Capital Advisors, Inc.
cgrossman@shorelinecapitaladvisors.com
**CRO for ITS Engineered Systems, Inc.**

John P. Boylan, CPA
EJC Ventures, LP
jboylan@ejc-ventures.com
**CRO for Debtors**

Matthew D Cavenaugh
Jackson Walker LLP
mcavenaugh@jw.com
Attorneys for **Howard Operating – HEP**

James Scott Douglass
Attorney at Law
jsd@aol.com
Attorney for **James Scott Douglas**

Eric Gould
O'Connor Craig Gould Evans
egoac99@gmail.com
Attorneys for **Icon Bank of Texas, N.A.**

Thomas H Grace
Vorys, Sater, Seymour and Pease LLP
thgrace@vorys.com
Attorneys for **National Oilwell Varco**

Tara L Grundemeier
Linebarger Goggan Blair
houston_bankruptcy@publicans.com
Attorneys for **Cypress Fairbanks ISD and Harris County**

Dax D Voss
Field Manning et al.
dvoss@lubbocklawfirm.com
Attorneys for **General Steel Warehouse, Inc.**

Richard M Simses
Cotten Schmidt & Abbott, L.L.P.
rsimses@csa-lawfirm.com
Attorneys for **FMC Technologies Measurement Solutions, Inc.**

Weldon L. Moore, III
Sussman & Moore, LLP
wmoore@csmlaw.net
Attorneys for **Dominion Transmission, Inc.**

James Arthur Collura
Coats Rose
jcollura@coatsrose.com
Attorneys for **Mustang Machinery Company Ltd. dba Mustang Cat**

Michael S. Holmes
Michael S. Holmes, PC
mshpclaw@gmail.com
Attorneys for **Charles G. Shook**

James F. Kovach
McElvaney & Kovach, LLP
jim@kovachlaw.net
Attorneys for **Flo-Tite, New Era Maxtek, Inc.**

Daniel J. Lowenberg
Fleming & Lowenberg
dlowenberg@mountainlawgroup.com
Attorneys for **Brandon Plumb**

Nicholas Zugaro / Eric M. Van Horn
Amber M. chambers
McCathern, PLLC
nzugaro@mccathernlaw.com
ericvanhorn@mccathernlaw.com
achambers@mccathernlaw.com
Attorneys for **Spunky Flat Land Company, FWT Leasing Company, Charles G. Shook, and Client Growth Specialists, Inc.**

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
pwp@pattiprewittlaw.com
Attorneys for **El Paso, LLC**

Courtney Hull
Office of the Attorney General
bk-chull@texasattorneygeneral.gov
Attorneys for **Texas Comptroller of Public Accounts**

Russell R. Johnson III / John M. Craig
Law Firm of Russell R. Johnson III, PLC
russj4478@aol.com
Attorneys for **Dominion Transmission, Inc.**

John F. Higgins, IV
Porter Hedges LLP
jhiggins@porterhedges.com
Attorneys for **Energy Transfer Partners, LP**

Mary Elizabeth Kindelt / Gary M. McDonald
McDonald, McCann, Metcalf, and Carwile
mkindelt@mmmsk.com
gmcdonald@mmmsk.com
Attorneys for **Industrial Piping Specialists Inc.**

George A. Kurisky, Jr.
Johnson DeLuca Kurisky & Gould, PC
gkurisky@jdkklaw.com
Attorneys for **Enterprise FM Trust**

James Matthew Schober
Schober & Schober, PC
jim@schoberlegal.com
Attorneys for **Coyote Capital Management, LLC**

Spencer D. Solomon
Nathan Sommers Jacobs PC
ssolomon@nathansommers.com
Attorneys for **Twin Stars Compression, LLC**

| | |
|---|---|
| Dustin L. Perry<br>Steven W. Soule<br>Hall, Estill, Hardwick, et al.<br>dperry@hallestill.com<br>ssoule@hallestill.com<br>Attorneys for **J.W. Williams, Inc.** | Patrick L. Hughes<br>Karl D. Burrer<br>Haynes and Boone, LLP<br>patrick.hughes@haynesboone.com<br>karl.burrer@haynesboone.com<br>Attorneys for **Chiron Financial Group, Inc. and SSG Advisors, LLC** |
| Floyd R. Hartley, Jr.<br>Allred Wilcox & Hartley PLLC<br>frhartley@awh-pllc.com<br>Attorneys for **Lendteq, LLC** | Kate H. Easterling<br>Joseph E. Bain<br>Edison McDowell & Hetherington LLP<br>kate.easterling@emhllp.com<br>joe.bain@emhllp.com<br>Attorneys for **Lendteq, LLC** |

/s/ J. Robert Forshey
J. Robert Forshey

L:\BFORSHEY\Diverse Energy Systems, LLC #5759\Pleadings (Diverse BK Case) 15-34736 (TXSB)\Notice of Sale Hearing (1.14.16).docx

**Service List**
**Diverse Energy Systems, et al.**
**#5759**

Diverse Energy Systems, LLC, et al.
Attn:  Todd A. Hass, CFO
1301 McKinney, Suite 3300
Houston, TX 77010

Ellen Maresh Hickman
Office of the U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

IRS – U.S. Treasury
PO Box 7346
Philadelphia, PA 19101

National Oilwell Varco, L.P., - Mfg.
10000 Richmond Avenue, Suite 100
Houston, TX 77042

Howard Operating – HEP
17806 IH-10 West, Suite 210
San Antonio, TX 78257

Greatwide Dallas Mavis, LLC
Attn:  Patty Hickman
2150 Cabot Blvd. West
Langhorn, PA 19047

Mustang CAT Power Systems
12800 Northwest Freeway
Houston, TX 77040

**Jim Anderson**
**272 Edennold Dr. NW**
**Calgary, Alberta T3A4A4**
**CANADA**

Ratner Steel Supply Company
MI14
P.O. Box 9201
Minneapolis, MN 55480-9201

Murphy Industries
Dept. 96-0494
Oklahoma City, OK 73196-0494

United Holdings LLC
dba Buck's Engines
PO Box 731595
Dallas, TX 75373-1595

CGSI
PO Box 941417
Houston, TX 77094

Pannell Kerr Forster
5847 San Felipe, Suite 2400
Houston, TX 77057-3092

StrongFab Solutions, Inc.
P.O. Box 41266
Houston, TX 77241

FMC Technologies Measurement Solutions, Inc.
14121 Collections Center Drive
Chicago, IL 60693

Knighten Machine & Service, Inc.
dba Knighten Industries
3323 N. County Rd. W.
Odessa, TX 79764

Twin Stars Compression, LLC
100 Iowa
Bloomfield, NM 87413

Ventech Process Equipment, Inc.
PO Box 4261
Pasadena, TX 77502

Erwin Caraballo
6020 NW 99th Ave., Suite 308
Doral, FL 33178

Texas Industrial Engine Parts, Inc.
PO Box 590
George West, TX 78022

World Wide Electric Corp.
3540 Winton Place
Rochester, NY 14623

Houston Global Heat Transfer
14446 Smith Rd.
Humble, TX 77396

**George Fort**
**Ave. 3G No 71-37**
**Maracaibo, Venezuela**

Industrial Piping Specialists Inc.
P.O. Box 581270
Tulsa, OK 74158

Command Center, Inc.
P.O. Box 951753
Dallas, TX 75395-1753

Westair-Praxair Distribution
dba West Air Gas & Equipment
PO Box 1339
Abilene, TX 79604

Blackmer, Divison of Dover Energy
1809 Century SW
Grand Rapids, WI 49503

Robert D. Duncan
dba DK Trucking
PO Box 13378
Odessa, TX 79768

General Steel Warehouse, Inc.
P.O. Box 2037
Lubbock, TX 79408

| | | |
|---|---|---|
| Angus Measurement Systems, LP<br>PO Box 14440<br>Odessa, TX 79768 | Elliott Electric Supply Inc.<br>PO Box 630610<br>Nacogdoches, TX 75963 | Quail Energy Services, LP<br>PO Box 777<br>Andrews, TX 79714 |
| Anton Friske<br>78 Shiloh Rd.<br>Odessa, TX 79762 | Custom Fiberglass Inc.<br>PO Box 70<br>Mills, WY 82644 | Precision Welding and Machine, LLC<br>PO Box 61710<br>Midland, TX 79711-1710 |
| Valley Industrial X-Ray & Inspection Service, Inc.<br>APPLUS RTD – VIXR Lockbox<br>25636 Network Place<br>Chicago, IL 60673-1256 | Enterprise Fleet Management Inc.<br>PO Box 800089<br>Kansas City, MO 64180-0089 | Mario A. Castro<br>dba Ace Sheetmetal Production<br>3237 S. Einstein Ave.<br>Odessa, TX 79766 |
| Duncan Co.<br>425 Hoover Street NE<br>Minneapolis, MN 55413 | Hughes Oilfield Transportation, Inc.<br>2513 N Mercury Ave.<br>Odessa, TX 79763-1922 | Grainger<br>4110 S County Road 1276<br>Midland, TX 79706 |
| Ameripride Linen<br>P.O. Box 3160<br>Bemidji, MN 56619-3160 | Permian Machinery Movers, Inc.<br>P.O. Box 11281<br>Odessa, TX 79760-8281 | Alerus Financial - Alerus Acct<br>P.O. Box 6001<br>Grand Forks, ND 58206 |
| Integral Equipment Leasing, LLC<br>1301 McKinney, Suite 3300<br>Houston, TX 77010 | Nations Equipment Finance<br>501 Merritt Seven, 6th Floor<br>Norwalk, CT 06851 | Fountain Partners<br>50 California St., Suite 3330<br>San Francisco, CA 94111 |
| City of Grafton<br>Municipal Utilities<br>P.O. Box 578<br>Grafton, ND 58237 | Ally<br>P.O. Box 9001948<br>Louisville, KY  40290-1948 | Liberty Power Holdings, LLC<br>25901 Network Place<br>Chicago, IL 60673 |
| City of Odessa<br>411 West 8th St.<br>Odessa, TX 79760 | AT&T<br>PO Box 5001<br>Carol Stream, IL 60197 | AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197 |
| Direct TV<br>PO box 78626<br>Phoenix, AZ 85062 | Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197 | De Lage Landen Financial Services, Inc.<br>PO Box 41602<br>Philadelphia, PA 19101-1602 |
| Midcontinent Communications<br>PO Box 5010<br>Sioux Falls, SD 57117 | SRT Communications<br>P.O. Box 2027<br>Minot, ND 58702-2027 | TW Telecom<br>PO box 172567<br>Denver, CO 80217 |

| | | |
|---|---|---|
| Municipal Utilities<br>PO Box 578<br>Grafton, ND 58237 | CenturyLink<br>PO Box 91154<br>Seattle, WA 98111 | Polar Communications<br>P.O. Box 270<br>Park River, ND 58270 |
| Montana Dakota Utilities Co.<br>PO Box 5600<br>Bismarck, ND 58506-5600 | Verendrye Electric Cooperative<br>615 Hwy 52 West<br>Velva, ND 58790 | Comcast Corporation<br>One Comcast Center, 32nd Floor<br>Philadelphia, PA 19103 |
| Refuse Disposal Service<br>1463 Detweiler Dr.<br>Grafton, ND 58237-2603 | The Aldridge Company<br>P.O. Box 56506<br>Houston, TX 77256 | Fountain Leasing<br>c/o Joseph G. Epstein/Sean B. Davis<br>Winstead PC<br>1100 JPMorgan Chase Tower<br>600 Travis St.<br>Houston, TX 77002 |
| Alerus Financial, N.A.<br>c/o Thomas G. Wallrich/Joel Nesset<br>Cozen O'Connor<br>33 South 6th St., Suite 460<br>Minneapolis, MN 55402 | Grand Bank of Texas<br>c/o Jim Rea/Marc W. Taubenfeld<br>McGuire, Craddock & Strother, PC<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201 | Nations Fund I, LLC<br>c/o Michael D. Warner<br>Cole Schotz P.C.<br>301 Commerce St., Suite 1700<br>Fort Worth, TX 76102 |
| Nations Fund I, LLC<br>c/o Kenneth L. Baum<br>Cole Schotz PC<br>Court Plaza North<br>25 Main St.<br>Hackensack, NJ 07601 | Official Committee of Unsecured Creditors of ITS Engineered Systems, Inc.<br>c/o H. Miles Cohn<br>Crain, Caton & James, PC<br>1401 McKinney, 17th Floor<br>Houston, TX 77010 | Howard Operating – HEP<br>c/o Bruce Ruzinsky/Matthew Cavenaugh<br>Jackson Walker LLP<br>1401 McKinney St., Suite 1900<br>Houston, TX 77010 |
| ITS Engineered Systems, Inc.<br>c/o Michael W. Bishop/Lydia R. Webb<br>Gray Reed & McGraw, P.C.<br>1601 Elm St., Suite 4600<br>Dallas, TX 75201 | Icon Bank of Texas, N.A.<br>c/o Eric Gould<br>O'Connor, Craig, Gould & Evans<br>5773 Woodway, #184<br>Houston, TX 77057 | J. Scott Douglass<br>Attorney at Law<br>1811 Bering Dr., Suite 420<br>Houston, TX 77057 |
| National Oilwell Varco<br>c/o Thomas H. Grace<br>Vorys Sater Seymour and Pease LLP<br>700 Louisiana St., Suite 4100<br>Houston, TX 77002 | Texas Comptroller of Public Accounts<br>c/o Courtney Hull/Rachel Obaldo, Asst Atty Gen<br>Bankruptcy & Collections Div. MC 008<br>PO Box 12548<br>Austin, TX 78711-2548 | General Steel Warehouse, Inc.<br>c/o Dax D. Voss<br>Field, Manning, Stone, et al.<br>2112 Indiana Ave.<br>Lubbock, TX 79410 |
| Harris County, Cypress-Fairbanks ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | El Paso, LLC<br>c/o Patricia Williams Prewitt<br>Law Office of Patricia Williams Prewitt<br>10953 Vista Lake Court<br>Navasota, TX 77868 | FMC Technologies Measurement Solutions, Inc.<br>c/o Richard M. Simses/Matthew T. McLain<br>Cotton Schmidt & Abbott, LLP<br>2002 Timberloch Dr., Suite 200<br>Woodlands, TX 77380 |
| Rockport Resources Capital Corp.<br>c/o Pamela Johnson<br>Baker Hostetler<br>811 Main St., Suite 1100<br>Houston, TX 77002-6111 | Alerus Financial, N.A.<br>c/o Bryan Vezey<br>Cozen O'Connor<br>1221 McKinney St., Suite 2900<br>Houston, TX 77010 | Energy Transfer Partners, LP<br>c/o John F. Higgins<br>Porter Hedges LLP<br>1000 Main St., 36th Floor<br>Houston, TX 77002 |
| Charles G. Shook<br>c/o Michael S. Holmes<br>9708 Hillcroft St.<br>Houston, TX 77096 | Twin Stars Compression, LLC<br>c/o Spender Solomon<br>Nathan Sommers Jacobs, APC<br>2800 Post Oak Blvd., 61st Floor<br>Houston, TX 77056 | Mustang Machinery Company, Ltd.<br>dba Mustang Cat<br>c/o James A. Collura, Jr.<br>Coats Rose<br>9 Greenway Plaza, Suite 1100<br>Houston, TX 77046 |

Enterprise FM Trust
c/o George A. Kurisky, Jr.
Johnson DeLuca Kurisky & Gould, PC
4 Houston Center
1221 Lamar, Suite 1000
Houston, TX 77010

CNH Capital America LLC
PO Box 0507
Carol Stream, IL 60132-0507

Spunky Flat Land Co., FWT Leasing Co.,
Charles Shook, Client Growth Specialist, Inc.
c/o Eric Van Horn/Amber Chambers
McCathern PLLC
3710 Rawlins, Suite 1600
Dallas, TX 75219

Spunky Flat Land Co., FWT Leasing Co.,
Charles Shook, Client Growth Specialist, Inc.
c/o Nicholas Zugaro
McCathern PLLC
2000 West Loop South, Suite 2100
Houston, TX 77027

Spunky Flat Land Co., FWT Leasing Co.,
Charles Shook, Client Growth Specialist, Inc.
c/o J. Marcus Hill
1770 St. James Place, Suite 115
Houston, TX 77056

~~Flo-Tite, Inc.~~
~~c/o James Kovach~~
~~Kovach Law Firm, PLLC~~
~~170 Westcott St.~~
~~Houston, TX 77007~~
Requested ECF only

~~New Era Maxtek, Inc.~~
~~c/o James Kovach~~
~~Kovach Law Firm, PLLC~~
~~170 Westcott St.~~
~~Houston, TX 77007~~
Requested ECF only

~~Dominion Transmission, Inc.~~
~~c/o Weldon L. Moore, III~~
~~Sussman & Moore, LLP~~
~~8333 Douglas Ave., Suite 1525~~
~~Dallas, TX 75225~~

Dominion Transmission, Inc.
c/o Russell R. Johnson III/John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Dr.
Manakin-Sabot, VA 23103

Coyote Capital Management, LLC
c/o James M. (Jim) Schober
Schober & Schober, PC
400 W. 15th St., Suite 404
Austin, TX 78701

Chiron Financial Group, Inc./SSG Advisors, LLC
c/o Patrick Hughes / Karl Burrer
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77020

J.W. Williams, Inc.
c/o Dustin L. Perry / Steven W. Soule
Hall Estill Hardwick, et al.
320 South Boston Ave., Suite 200
Tulsa, OK 74103-3706

Lendteq, LLC
c/o Floyd R. Hartley, Jr.
Allred Wilcox & Hartley PLLC
1022 E. 15th St.
Plano, TX 75074

Lendteq, LLC
c/o Kate Easterling/Joseph Bain
Edison McDowell & Hetherington LLP
Phoenix Tower
3200 Southwest Freeway, Suite 2100
Houston, TX 77027