**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) CHAPTER 11 CASES |
| | ) |
| DIVERSE ENERGY SYSTEMS, LLC | ) CASE NO. 15-34736 |
| | ) |
| SCRIBNER INDUSTRIES, INC. | ) CASE NO. 15-34737 |
| | ) |
| DIVERSE ENERGY SYSTEMS, LLC | ) CASE NO. 15-34738 |
| d/b/a LEAN TECHNOLOGIES, LLC | ) |
| | ) |
| ROULY, INC. | ) CASE NO. 15-34739 |
| | ) |
| Debtors. | ) **Jointly Administered Under** |
| | ) **Case No. 15-34736-H5-11** |
| | ) |

## NOTICE REGARDING AUCTION OF DEBTORS' ASSETS

On January 12, 2016, the Court held a status conference and hearings in the above-referenced bankruptcy cases. Based upon such status conference and hearings, the Court entered an *Order Scheduling Auction and Setting a Sale Hearing* [Docket No. 326] ("Order"). A copy of the Order is attached as **Exhibit "A"**. Defined terms in the Order are given the same meaning in this Notice. Pursuant to the terms of the Order, any auction pursuant to the Sales Procedures Order was to be conducted commencing at 12:00 Noon (prevailing CST) on January 18, 2016. Creditors and parties in interest are hereby advised that no auction will be conducted on January 18, 2016. However, in accordance with the terms of the Order, the Debtors intend to proceed forward with the hearing on the Sale Motion scheduled to begin at 12:00 Noon, January 19, 2016 in the Courtroom of the Honorable David Jones.

Respectfully submitted this 17th day of January, 2016.

Respectfully submitted,

/s/ J. Robert Forshey
J. Robert Forshey
State Bar No. 07264200
Clarke V. Rogers
State Bar No. 24052901

1

FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1290
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
bforshey@forsheyprostok.com
crogers@forsheyprostok.com

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed in the case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, a copy was served on the parties who receive notice via the Court's ECF notification system, and the foregoing document was served via email on the parties listed below on this the 16th day of January, 2016.

Ellen Maresh Hickman
**Office of the U.S. Trustee**
ellen.hickman@usdoj.gov

Thomas G. Wallrich / Joel Nesset
Bryan Patrick Vezey
Cozen O'Connor
twallrich@cozen.com
jnesset@cozen.com
bvezey@cozen.com
Attorneys for **Alerus Financial, N.A.**

Joseph G. Epstein / Sean B. Davis
Winstead PC
jepstein@winstead.com
sbdavis@winstead.com
Attorneys for **Fountain Leasing 2013, LP**

Jim Rea / Marc W. Taubenfeld
McGuire, Craddock & Strother, PC
jrea@mcslaw.com
mtaubenfeld@mcslaw.com
Attorneys for **Grand Bank of Texas**

Michael D. Warner
Cole Schotz P.C.
mwarner@coleschotz.com
Attorneys for **Nations Fund I, LLC**

Michael W. Bishop
Gray Reed & McGraw, P.C.
mbishop@grayreed.com
Attorneys for **ITS Engineered Systems, Inc.**

H. Miles Cohn
Crain, Caton & James, PC
mcohn@craincaton.com
Attorney for the **Official Committee of Unsecured Creditors of ITS Engineered Systems, Inc.**

Cary M. Grossman
Shoreline Capital Advisors, Inc.
cgrossman@shorelinecapitaladvisors.com
**CRO for ITS Engineered Systems, Inc.**

John P. Boylan, CPA
EJC Ventures, LP

Matthew D Cavenaugh
Jackson Walker LLP

2

jboylan@ejc-ventures.com
**CRO for Debtors**
James Scott Douglass
Attorney at Law
jsd@aol.com
Attorney for **James Scott Douglas**

mcavenaugh@jw.com
Attorneys for **Howard Operating – HEP**
Eric Gould
O'Connor Craig Gould Evans
egoac99@gmail.com
Attorneys for **Icon Bank of Texas, N.A.**

Thomas H Grace
Vorys, Sater, Seymour and Pease LLP
thgrace@vorys.com
Attorneys for **National Oilwell Varco**

Tara L Grundemeier
Linebarger Goggan Blair
houston_bankruptcy@publicans.com
Attorneys for **Cypress Fairbanks ISD and Harris County**

Dax D Voss
Field Manning et al.
dvoss@lubbocklawfirm.com
Attorneys for **General Steel Warehouse, Inc.**

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
pwp@pattiprewittlaw.com
Attorneys for **El Paso, LLC**

Richard M Simses
Cotten Schmidt & Abbott, L.L.P.
rsimses@csa-lawfirm.com
Attorneys for **FMC Technologies Measurement Solutions, Inc.**

Courtney Hull
Office of the Attorney General
bk-chull@texasattorneygeneral.gov
Attorneys for **Texas Comptroller of Public Accounts**

Weldon L. Moore, III
Sussman & Moore, LLP
wmoore@csmlaw.net
Attorneys for **Dominion Transmission, Inc.**

Russell R. Johnson III / John M. Craig
Law Firm of Russell R. Johnson III, PLC
russj4478@aol.com
Attorneys for **Dominion Transmission, Inc.**

James Arthur Collura
Coats Rose
jcollura@coatsrose.com
Attorneys for **Mustang Machinery Company Ltd. dba Mustang Cat**

John F. Higgins, IV
Porter Hedges LLP
jhiggins@porterhedges.com
Attorneys for **Energy Transfer Partners, LP**

Michael S. Holmes
Michael S. Holmes, PC
mshpclaw@gmail.com
Attorneys for **Charles G. Shook**

Mary Elizabeth Kindelt / Gary M. McDonald
McDonald, McCann, Metcalf, and Carwile
mkindelt@mmmsk.com
gmcdonald@mmmsk.com
Attorneys for **Industrial Piping Specialists Inc.**

James F. Kovach
McElvaney & Kovach, LLP
jim@kovachlaw.net

George A. Kurisky, Jr.
Johnson DeLuca Kurisky & Gould, PC
gkurisky@jdkklaw.com

Attorneys for **Flo-Tite**, **New Era Maxtek, Inc.**

Daniel J. Lowenberg
Fleming & Lowenberg
dlowenberg@mountainlawgroup.com
Attorneys for **Brandon Plumb**

Nicholas Zugaro / Eric M. Van Horn
Amber M. chambers
McCathern, PLLC
nzugaro@mccathernlaw.com
ericvanhorn@mccathernlaw.com
achambers@mccathernlaw.com
Attorneys for **Spunky Flat Land Company**,
**FWT Leasing Company**, **Charles G. Shook**,
and **Client Growth Specialists, Inc.**

Dustin L. Perry
Steven W. Soule
Hall, Estill, Hardwick, et al.
dperry@hallestill.com
ssoule@hallestill.com
Attorneys for **J.W. Williams, Inc.**

Floyd R. Hartley, Jr.
Allred Wilcox & Hartley PLLC
frhartley@awh-pllc.com
Attorneys for **Lendteq, LLC**

Attorneys for **Enterprise FM Trust**

James Matthew Schober
Schober & Schober, PC
jim@schoberlegal.com
Attorneys for **Coyote Capital Management,
LLC**

Spencer D. Solomon
Nathan Sommers Jacobs PC
ssolomon@nathansommers.com
Attorneys for **Twin Stars Compression, LLC**

Patrick L. Hughes
Karl D. Burrer
Haynes and Boone, LLP
patrick.hughes@haynesboone.com
karl.burrer@haynesboone.com
Attorneys for **Chiron Financial Group, Inc.
and SSG Advisors, LLC**

Kate H. Easterling
Joseph E. Bain
Edison McDowell & Hetherington LLP
kate.easterling@emhllp.com
joe.bain@emhllp.com
Attorneys for **Lendteq, LLC**

/s/ J. Robert Forshey
J. Robert Forshey

L:\BFORSHEY\Diverse Energy Systems, LLC #5759\Pleadings (Diverse BK Case) 15-34736 (TXSB)\Notice Regarding Auction 1.17.16.docx

# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
01/13/2016

|  |  |
|---|---|
| In re: | CHAPTER 11 CASES |
| DIVERSE ENERGY SYSTEMS, LLC | CASE NO. 15-34736 |
| SCRIBNER INDUSTRIES, INC. | CASE NO. 15-34737 |
| DIVERSE ENERGY SYSTEMS, LLC d/b/a LEAN TECHNOLOGIES, LLC | CASE NO. 15-34738 |
| ROULY, INC. | CASE NO. 15-34739 |
| Debtors. | **Jointly Administered Under Case No. 15-34736-H5-11** |

## ORDER SCHEDULING AUCTION AND SETTING A SALE HEARING

On January 12, 2016, the Court held a status conference in the above-referenced bankruptcy case and a hearing on the Court's "Order to Show Cause" entered on January 4, 2016 [Docket No. 303].  Based upon the record established at the hearing held on January 12, 2016, the Court orders as follows:

**ORDERED** that a hearing on this Court's Order to Show Cause shall be continued until January 19, 2016 at 12:00 o'clock noon (prevailing CST) in the courtroom of the Honorable Judge David Jones.  It is further

**ORDERED** that the deadline to submit any bids, including an Asset Purchase Agreement executed by such bidder, to counsel for Debtors is set for Sunday, January 17, 2016 at 12:00 o'clock noon (prevailing CST).  To the extent Debtors timely receive more than one bid for substantially all of Debtors' assets, Debtors shall conduct an auction on January 18, 2016 commencing at 12:00 o'clock noon (prevailing CST) in the offices of Jones Day, 717 Texas, Suite 3300, Houston, Texas 77002-2712.  The auction shall be conducted in accordance with the procedures outlined in this Court's *Order Granting Debtors' Motion to Establish Bid Procedures and to Sell Certain Assets of the Estate Free and Clear of Liens, Claims,*

*Encumbrances and Other Interests Pursuant to 11 U.S.C. § 363 and to Assume and Assign Executory Contracts and Leases* [Docket No. 212, as supplemented by Docket No. 265] (the "**Sales Procedures Order**").  It is further

ORDERED that the Debtors have determined that no bidder should be designated as a Stalking Horse APA[1] per the Sales Procedures Order.  It is further

ORDERED that a hearing on Debtors' *Motion to Establish Bid Procedures and to Sell Certain Assets of the Estate Free and Clear of Liens, Claims, Encumbrances and Other Interests Pursuant to 11 U.S.C. § 363 and to Assume and Assign Executory Contracts and Leases* filed on November 5, 2015 [Docket No. 178] as amended and/or supplemented by Docket Nos. 189, 199, and 285, and as may be further amended or supplemented (collectively the "**Sale Motion**") shall be held on January 19, 2016 at 12:00 o'clock noon (prevailing CST) in the courtroom of the Honorable Judge David Jones.  It is further

ORDERED that the deadline for any creditors or parties-in-interest to file and serve any objections to the Sale Motion, including the assumption and assignment of any executory contracts or any objections to any cure amounts relating thereto is hereby set for January 19, 2016 at 9:00 o'clock a.m. (prevailing CST).

Signed:   January 13, 2016

Karen K. Brown
United States Bankruptcy Judge

L:\BFORSHEY\Diverse Energy Systems, LLC #5759\Pleadings (Diverse BK Case) 15-34736 (TXSB)\ORDER - Scheduling Auction and Setting a Sale Hearing 1.13.16.docx

---

[1] Capitalized terms in this Order shall have the meaning ascribed in the Sales Procedures Order, unless the context clearly requires otherwise.