**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: ) | CHAPTER 11 CASES |
| ) | |
| DIVERSE ENERGY SYSTEMS, LLC ) | CASE NO. 15-34736 |
| SCRIBNER INDUSTRIES, INC. ) | CASE NO. 15-34737 |
| DIVERSE ENERGY SYSTEMS, LLC ) | CASE NO. 15-34738 |
| d/b/a LEAN TECHNOLOGIES, LLC ) | |
| ROULY, INC. ) | CASE NO. 15-34739 |
| ) | |
| Debtors. ) | **Jointly Administered Under** |
| ) | **Case No. 15-34736-H5-11** |
| ) | |
| ) | **HEARING DATE AND TIME:** |
| ) | **January 21, 2016 at 4:00 p.m.** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT a hearing has been set on (i) *Debtors' Emergency Supplemental Motion for Use of Cash Collateral* [Docket No. _____] and (ii) *Debtors' Motion to Establish Bid Procedures and to Sell Certain Assets of the Estate Free and Clear of Liens, Claims, Encumbrances and Other Interests Pursuant to 11 U.S.C. § 363 and to Assume and Assign Executory Contracts and Leases* [Docket No. 178] on **January 21, 2016 at 4:00 p.m. (Central Time)** and shall be held in the courtroom of the **Honorable David Jones**, 515 Rusk Street, **Courtroom 400**, 4th floor, Houston, Texas 77002.

Dated: January 19, 2016                    Respectfully submitted,

/s/ J. Robert Forshey
J. Robert Forshey
State Bar No. 07264200
Clarke V. Rogers
State Bar No. 24052901
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1290
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
bforshey@forsheyprostok.com
crogers@forsheyprostok.com

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed in the case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, a copy was served on the parties who receive notice via the Court's ECF notification system, and the foregoing document was served via email on the parties listed below on this the 19th day of January, 2016.

| | |
|---|---|
| Ellen Maresh Hickman<br>**Office of the U.S. Trustee**<br>ellen.hickman@usdoj.gov | Thomas G. Wallrich / Joel Nesset<br>Bryan Patrick Vezey<br>Cozen O'Connor<br>twallrich@cozen.com<br>jnesset@cozen.com<br>bvezey@cozen.com<br>Attorneys for **Alerus Financial, N.A.** |
| Joseph G. Epstein / Sean B. Davis<br>Winstead PC<br>jepstein@winstead.com<br>sbdavis@winstead.com<br>Attorneys for **Fountain Leasing 2013, LP** | Jim Rea / Marc W. Taubenfeld<br>McGuire, Craddock & Strother, PC<br>jrea@mcslaw.com<br>mtaubenfeld@mcslaw.com<br>Attorneys for **Grand Bank of Texas** |
| Michael D. Warner<br>Cole Schotz P.C.<br>mwarner@coleschotz.com<br>Attorneys for **Nations Fund I, LLC** | Michael W. Bishop<br>Gray Reed & McGraw, P.C.<br>mbishop@grayreed.com<br>Attorneys for **ITS Engineered Systems, Inc.** |
| H. Miles Cohn<br>Crain, Caton & James, PC<br>mcohn@craincaton.com<br>Attorney for the **Official Committee of Unsecured Creditors of ITS Engineered Systems, Inc.** | Cary M. Grossman<br>Shoreline Capital Advisors, Inc.<br>cgrossman@shorelinecapitaladvisors.com<br>**CRO for ITS Engineered Systems, Inc.** |
| John P. Boylan, CPA<br>EJC Ventures, LP<br>jboylan@ejc-ventures.com<br>**CRO for Debtors** | Matthew D Cavenaugh<br>Jackson Walker LLP<br>mcavenaugh@jw.com<br>Attorneys for **Howard Operating – HEP** |
| James Scott Douglass<br>Attorney at Law<br>jsd@aol.com<br>Attorney for **James Scott Douglas** | Eric Gould<br>O'Connor Craig Gould Evans<br>egoac99@gmail.com<br>Attorneys for **Icon Bank of Texas, N.A.** |

Thomas H Grace
Vorys, Sater, Seymour and Pease LLP
thgrace@vorys.com
Attorneys for **National Oilwell Varco**

Dax D Voss
Field Manning et al.
dvoss@lubbocklawfirm.com
Attorneys for **General Steel Warehouse, Inc.**

Richard M Simses
Cotten Schmidt & Abbott, L.L.P.
rsimses@csa-lawfirm.com
Attorneys for **FMC Technologies Measurement Solutions, Inc.**

Weldon L. Moore, III
Sussman & Moore, LLP
wmoore@csmlaw.net
Attorneys for **Dominion Transmission, Inc.**

James Arthur Collura
Coats Rose
jcollura@coatsrose.com
Attorneys for **Mustang Machinery Company Ltd. dba Mustang Cat**

Michael S. Holmes
Michael S. Holmes, PC
mshpclaw@gmail.com
Attorneys for **Charles G. Shook**

James F. Kovach
McElvaney & Kovach, LLP
jim@kovachlaw.net
Attorneys for **Flo-Tite**, **New Era Maxtek, Inc.**

Daniel J. Lowenberg
Fleming & Lowenberg
dlowenberg@mountainlawgroup.com
Attorneys for **Brandon Plumb**

Tara L Grundemeier
Linebarger Goggan Blair
houston_bankruptcy@publicans.com
Attorneys for **Cypress Fairbanks ISD and Harris County**

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
pwp@pattiprewittlaw.com
Attorneys for **El Paso, LLC**

Courtney Hull
Office of the Attorney General
bk-chull@texasattorneygeneral.gov
Attorneys for **Texas Comptroller of Public Accounts**

Russell R. Johnson III / John M. Craig
Law Firm of Russell R. Johnson III, PLC
russj4478@aol.com
Attorneys for **Dominion Transmission, Inc.**

John F. Higgins, IV
Porter Hedges LLP
jhiggins@porterhedges.com
Attorneys for **Energy Transfer Partners, LP**

Mary Elizabeth Kindelt / Gary M. McDonald
McDonald, McCann, Metcalf, and Carwile
mkindelt@mmmsk.com
gmcdonald@mmmsk.com
Attorneys for **Industrial Piping Specialists Inc.**

George A. Kurisky, Jr.
Johnson DeLuca Kurisky & Gould, PC
gkurisky@jdkklaw.com
Attorneys for **Enterprise FM Trust**

James Matthew Schober
Schober & Schober, PC
jim@schoberlegal.com
Attorneys for **Coyote Capital Management, LLC**

| | |
|---|---|
| Nicholas Zugaro / Eric M. Van Horn<br>Amber M. chambers<br>McCathern, PLLC<br>nzugaro@mccathernlaw.com<br>ericvanhorn@mccathernlaw.com<br>achambers@mccathernlaw.com<br>Attorneys for **Spunky Flat Land Company**, **FWT Leasing Company**, **Charles G. Shook**, and **Client Growth Specialists, Inc.** | Spencer D. Solomon<br>Nathan Sommers Jacobs PC<br>ssolomon@nathansommers.com<br>Attorneys for **Twin Stars Compression, LLC** |
| Dustin L. Perry<br>Steven W. Soule<br>Hall, Estill, Hardwick, et al.<br>dperry@hallestill.com<br>ssoule@hallestill.com<br>Attorneys for **J.W. Williams, Inc.** | Patrick L. Hughes<br>Karl D. Burrer<br>Haynes and Boone, LLP<br>patrick.hughes@haynesboone.com<br>karl.burrer@haynesboone.com<br>Attorneys for **Chiron Financial Group, Inc. and SSG Advisors, LLC** |
| Floyd R. Hartley, Jr.<br>Allred Wilcox & Hartley PLLC<br>frhartley@awh-pllc.com<br>Attorneys for **Lendteq, LLC** | Kate H. Easterling<br>Joseph E. Bain<br>Edison McDowell & Hetherington LLP<br>kate.easterling@emhllp.com<br>joe.bain@emhllp.com<br>Attorneys for **Lendteq, LLC** |

             /s/ J. Robert Forshey  
             J. Robert Forshey

L:\BFORSHEY\Diverse Energy Systems, LLC #5759\Pleadings (Diverse BK Case) 15-34736 (TXSB)\NOH - Jan. 21, 2016.docx