## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 CASES |
| | ) | |
| DIVERSE ENERGY SYSTEMS, LLC | ) | CASE NO. 15-34736 |
| | ) | |
| SCRIBNER INDUSTRIES, INC. | ) | CASE NO. 15-34737 |
| | ) | |
| DIVERSE ENERGY SYSTEMS, LLC | ) | CASE NO. 15-34738 |
| d/b/a LEAN TECHNOLOGIES, LLC | ) | |
| | ) | |
| ROULY, INC. | ) | CASE NO. 15-34739 |
| | ) | |
| Debtors. | ) | **Jointly Administered Under** |
| | ) | **Case No. 15-34736-H5-11** |
| | ) | |
| | | **EMERGENCY HEARING AT** |
| | | **4:00 P.M. ON JANUARY 20, 2016** |
| | | **IN THE COURTROOM OF THE** |
| | | **HONORABLE DAVID JONES** |

### EMERGENCY SUPPLEMENTAL MOTION FOR USE OF CASH COLLATERAL

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Diverse Energy Systems, LLC ("Diverse Holdings"), Diverse Energy Systems, LLC d/b/a Lean Technologies, LLC (the "Debtor" or "Diverse"), Scribner Industries, Inc. ("Scribner"), and Rouly, Inc. ("Rouly" and, collectively with Diverse Holdings, Diverse, and Scribner, the "Debtors") as debtors and debtors in possession, and file this Emergency Supplemental Motion for Use of Cash Collateral ("Supplemental Motion").

1.      The Debtors have previously filed the *Debtors' Motion to Extend Term of Final order Authorizing Use of Cash Collateral and Request for Expedited Consideration* ("Motion") [Docket No. 269].[1] The Motion came on for consideration by the Court on January 4, 2016. At that hearing, the Court approved a two-week extension of the Debtors' use of cash collateral for the weeks beginning January 11 and January 18, 2016. As a consequence, the current authorization to use cash collateral runs through January 22, 2016. In this Supplemental Motion, Debtors seek an extension of their authorization to use cash collateral through January 29, 2016 in order to close the proposed sale.

2.      The rationale for the Debtors requesting, and the Court granting, the limited two-week extension to use cash collateral was to ascertain whether the Debtors would be able to close a sale of their assets. At this time, it appears that the Debtors will be able to close the sale of their assets to Cimarron Acquisition Co. ("Purchaser"), an affiliate of Turnbridge Capital, by January 29, 2016. However, in order to close such a sale to Purchaser, the Debtors may require the use of cash collateral through the end of the week ending January 29, 2016. The proposed Budget is attached as **Exhibit "A"**.

3.      The cash collateral which Debtors propose to use is subject to liens in favor of the DIP lender, Coyote Capital Management, LLC ("Coyote"), and a pre-petition lender, Alerus Bank ("Alerus"). As part of the proposed sale to Purchaser, Coyote's post-petition loan will be

---

[1] Capitalized terms not otherwise defined herein shall be given the meaning described in the Motion.

paid in full from the sales proceeds.  The sales proceeds remaining after the payment in full of Coyote are hereinafter referred to as the "Net Sales Proceeds".

4.      The Net Sales Proceeds remaining after payment of Coyote will constitute the cash collateral of Alerus in either these bankruptcy cases or the case of ITS Engineered Systems, Inc., Case No. 15-32145.[2]  However, the Net Sales Proceeds will not be nearly enough to pay Alerus in full.  Alerus has or will agree to release its liens against the Debtors' assets to be sold to Purchaser, and allow the proposed sale to close, so long as Alerus is paid an agreed sum from the Net Sales Proceeds.  Debtors believe that, in this event, Alerus will allow the balance of the Net Sales Proceeds, which constitutes the cash collateral of Alerus, to be used for the payment of the sale costs and the expenses of Debtors and the sale costs of expenses of IS, including professional fees in these cases and the ITS case.  To the extent necessary, Debtors will file another supplemental motion to use the cash collateral represented by the Net Sales Proceeds to pay another unpaid sales costs, including professional fees.

5.      In this regard, Debtors reserve the right to file further supplemental motions to use the Net Sales Proceeds, which constitutes Alerus' cash collateral, both in terms of the request for use of cash collateral and as a surcharge against cash collateral of Alerus pursuant to section 506(c) of the Bankruptcy Code to pay costs and other expenses arising from, or relating to, the sale of Debtors' assets as reflected in the Budget.

6.      Throughout the sales procedure, the investment bankers for the Debtors have been SSG Advisors, LLC and Chiron Financial Group, Inc. (collectively "SSG").  The Court has previously approved the Debtors' application (as supplemented) to retain SSG [Docket Nos. 44 and 104], pursuant to an Order [Docket No. 124] ("SSG Order") entered on October 8, 2015. These pleadings provide for the payment of SSG's fees at closing from the sales proceeds.

---

[2] As a part of sale to Purchaser, Debtors anticipate that both Nations Fund I, LLC and Fountain Leasing 2013, L.P. will relinquish any cash collateral right or claim to the Net Sales Proceeds.  Grand Bank, N.A., has no cash collateral rights in the Net Sales Proceeds.  Consequently, once Coyote has been paid in full, Debtors believe that Alerus will be the only lender with an interest in the cash collateral represented by the Net Sales Proceeds.

Consequently, Debtors also move the Court to allow for payment from the Net Sales Proceeds of the fees payable to SSG in accordance with the SSG Order.  These sums are not reflected in the Budget.

## PRAYER FOR RELIEF

WHEREFORE, the Debtors respectfully request that this Court enter an order granting the relief requested herein and granting the Debtors all such other and further relief to which they may be justly entitled.

Dated: January 20, 2016

Respectfully submitted,

/s/ J. Robert Forshey
J. Robert Forshey
State Bar No. 07264200
Clarke V. Rogers
State Bar No. 24052901
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1290
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
bforshey@forsheyprostok.com
crogers@forsheyprostok.com

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

## CERTIFICATE OF ACCURACY

The undersigned hereby certifies that the facts contained in the foregoing Motion are true and correct to the best of his knowledge.

/s/ J. Robert Forshey
J. Robert Forshey

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed in the case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, a copy was served on the parties who receive notice via the Court's ECF notification system, and the foregoing document was served via email on the parties listed below on this the 20th day of January, 2016.

Ellen Maresh Hickman
**Office of the U.S. Trustee**
ellen.hickman@usdoj.gov

Thomas G. Wallrich / Joel Nesset
Bryan Patrick Vezey
Cozen O'Connor
twallrich@cozen.com
jnesset@cozen.com
bvezey@cozen.com
Attorneys for **Alerus Financial, N.A.**

Joseph G. Epstein / Sean B. Davis
Winstead PC
jepstein@winstead.com
sbdavis@winstead.com
Attorneys for **Fountain Leasing 2013, LP**

Jim Rea / Marc W. Taubenfeld
McGuire, Craddock & Strother, PC
jrea@mcslaw.com
mtaubenfeld@mcslaw.com
Attorneys for **Grand Bank of Texas**

Michael D. Warner
Cole Schotz P.C.
mwarner@coleschotz.com
Attorneys for **Nations Fund I, LLC**

Michael W. Bishop
Gray Reed & McGraw, P.C.
mbishop@grayreed.com
Attorneys for **ITS Engineered Systems, Inc.**

H. Miles Cohn
Crain, Caton & James, PC
mcohn@craincaton.com
Attorney for the **Official Committee of Unsecured Creditors of ITS Engineered Systems, Inc.**

Cary M. Grossman
Shoreline Capital Advisors, Inc.
cgrossman@shorelinecapitaladvisors.com
**CRO for ITS Engineered Systems, Inc.**

John P. Boylan, CPA
EJC Ventures, LP
jboylan@ejc-ventures.com
**CRO for Debtors**

Matthew D Cavenaugh
Jackson Walker LLP
mcavenaugh@jw.com
Attorneys for **Howard Operating – HEP**

James Scott Douglass
Attorney at Law
jsd@aol.com
Attorney for **James Scott Douglas**

Eric Gould
O'Connor Craig Gould Evans
egoac99@gmail.com
Attorneys for **Icon Bank of Texas, N.A.**

Thomas H Grace
Vorys, Sater, Seymour and Pease LLP
thgrace@vorys.com
Attorneys for **National Oilwell Varco**

Tara L Grundemeier
Linebarger Goggan Blair
houston_bankruptcy@publicans.com
Attorneys for **Cypress Fairbanks ISD and Harris County**

Dax D Voss
Field Manning et al.
dvoss@lubbocklawfirm.com
Attorneys for **General Steel Warehouse, Inc.**

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
pwp@pattiprewittlaw.com
Attorneys for **El Paso, LLC**

Richard M Simses
Cotten Schmidt & Abbott, L.L.P.
rsimses@csa-lawfirm.com
Attorneys for **FMC Technologies Measurement Solutions, Inc.**

Courtney Hull
Office of the Attorney General
bk-chull@texasattorneygeneral.gov
Attorneys for **Texas Comptroller of Public Accounts**

Weldon L. Moore, III
Sussman & Moore, LLP
wmoore@csmlaw.net
Attorneys for **Dominion Transmission, Inc.**

Russell R. Johnson III / John M. Craig
Law Firm of Russell R. Johnson III, PLC
russj4478@aol.com
Attorneys for **Dominion Transmission, Inc.**

James Arthur Collura
Coats Rose
jcollura@coatsrose.com
Attorneys for **Mustang Machinery Company Ltd. dba Mustang Cat**

John F. Higgins, IV
Porter Hedges LLP
jhiggins@porterhedges.com
Attorneys for **Energy Transfer Partners, LP**

Michael S. Holmes
Michael S. Holmes, PC
mshpclaw@gmail.com
Attorneys for **Charles G. Shook**

Mary Elizabeth Kindelt / Gary M. McDonald
McDonald, McCann, Metcalf, and Carwile
mkindelt@mmmsk.com
gmcdonald@mmmsk.com
Attorneys for **Industrial Piping Specialists Inc.**

James F. Kovach
McElvaney & Kovach, LLP
jim@kovachlaw.net
Attorneys for **Flo-Tite**, **New Era Maxtek, Inc.**

George A. Kurisky, Jr.
Johnson DeLuca Kurisky & Gould, PC
gkurisky@jdkklaw.com
Attorneys for **Enterprise FM Trust**

Daniel J. Lowenberg
Fleming & Lowenberg
dlowenberg@mountainlawgroup.com
Attorneys for **Brandon Plumb**

James Matthew Schober
Schober & Schober, LLP
jim@schoberlegal.com
Attorneys for **Coyote Capital Management, LLC**

Nicholas Zugaro / Eric M. Van Horn
Amber M. chambers
McCathern, PLLC
nzugaro@mccathernlaw.com
ericvanhorn@mccathernlaw.com
achambers@mccathernlaw.com
Attorneys for **Spunky Flat Land Company**, **FWT Leasing Company**, **Charles G. Shook**, and **Client Growth Specialists, Inc.**

Spencer D. Solomon
Nathan Sommers Jacobs PC
ssolomon@nathansommers.com
Attorneys for **Twin Stars Compression, LLC**

Dustin L. Perry
Steven W. Soule
Hall, Estill, Hardwick, et al.
dperry@hallestill.com
ssoule@hallestill.com
Attorneys for **J.W. Williams, Inc.**

Patrick L. Hughes
Karl D. Burrer
Haynes and Boone, LLP
patrick.hughes@haynesboone.com
karl.burrer@haynesboone.com
Attorneys for **Chiron Financial Group, Inc. and SSG Advisors, LLC**

Floyd R. Hartley, Jr.
Allred Wilcox & Hartley PLLC
frhartley@awh-pllc.com
Attorneys for **Lendteq, LLC**

Kate H. Easterling
Joseph E. Bain
Edison McDowell & Hetherington LLP
kate.easterling@emhllp.com
joe.bain@emhllp.com
Attorneys for **Lendteq, LLC**

/s/ J. Robert Forshey
J. Robert Forshey

L:\BFORSHEY\Diverse Energy Systems, LLC #5759\Pleadings (Diverse BK Case) 15-34736 (TXSB)\Emergency Supplemental Motion to Use Cash Collateral 1.20.16 v2.docx

# EXHIBIT "A"

Cash Collateral Sources & Uses for one week starting 01.25.16

| Description | 1/25/2016 Budget | Total |
|---|---|---|
| | | |
| **Beginning Cash** | **183,846** | 329,958 |
| | | |
| **\*\*\*DIP Loan** | - | - |
| | | |
| **ITS DIP Loan (advance) payment** | | - |
| | | |
| **Inflow:** | | |
| AR Collections - Current | - | 49,030 |
| AR Collections - New \ Misc | - | - |
| | | |
| Intercompany allocations (GL, Umbrella, Property, Benefits) | | - |
| | | |
| **Total Inflows** | - | 49,030 |
| | | |
| **Outflow:** | | |
| Payroll - Direct & Shop OH | | - |
| Payroll - SG&A | | - |
| 401k \ Health Savings | | - |
| | | |
| Materials to Purchase (current orders) | | 12,500 |
| Materials to Purchase (new orders) | - | - |
| Bariven \ PDVSA | - | - |
| ITS charge for manufactured goods | 50,000 | 175,000 |
| | | |
| Rents | - | - |
| Recurring Pymts | - | - |
| Utilities | - | - |
| Legal \ Professional fees | 58,000 | 91,167 |
| US Trustee Fees | - | 11,375 |
| General Expenses (i.e. shop expenses) | 5,000 | 18,100 |
| | | |
| Adequate Protection Payments | - | - |
| | | |
| Interest Payments on DIP Loan | | - |
| | | |
| Insurance (Health and Life) | - | - |
| | | |
| Other - Sales Tax | 15,000 | 15,000 |
| | | |
| **Total Outflows** | 128,000 | 323,142 |
| | | |
| **Ending Cash** | 55,846 | 55,846 |

Diverse & Rouly

Cash Collateral Sources & Uses for one week starting 01.25.16

| Description | 1/25/2016 Budget | Total |
|---|---|---|
| | | |
| | | |
| **Beginning Cash** | 46,715 | 20,032 |
| | | |
| ***DIP Loan** | - | - |
| | | |
| **Inflow:** | | |
| AR Collections - Current | | |
| AR Collections - New | | |
| Revenue from Diverse | 50,000 | 175,000 |
| | | |
| | | |
| | | |
| **Outflow:** | | |
| Payroll - Direct & Shop OH | | - |
| Payroll - SG&A | | - |
| 401k | | - |
| | | |
| ** Rents | - | - |
| Recurring Payments | - | - |
| Utilities | | 6,580 |
| Materials in Manufacturing | | - |
| General \ Shop Overhead expenses | | - |
| | | |
| Legal and Professional Fees | 55,000 | 140,237 |
| | | |
| Bank Fees | | - |
| U.S. Trustee Fees | - | 6,500 |
| | | |
| Intercompany allocations (GL, Umbrella, Property, Benefits) | - | - |
| | | |
| Diverse Management Fee | | - |
| | | |
| Interest Payments on DIP Loan | | - |
| | | |
| Insurance (Health and Life, etc.) | - | - |
| | | |
| Other | - | - |

| | | |
|---|---|---|
| **Total Outflows** | 55,000 | 153,317 |
| **Net Cash Flows** | (5,000) | 21,683 |
| **Ending Cash** | 41,715 | 41,715 |

Cash Collateral Sources & Uses for one week starting 01.25.16

| Description | 1/25/2016 Budget | Total |
|---|---|---|
| | | |
| **Beginning Cash** | 230,562 | 349,990 |
| | | |
| ***DIP Loan** | - | - |
| | | |
| **Inflow:** | | |
| AR Collections - Current | - | 49,030 |
| AR Collections - New \ Misc | - | - |
| | | |
| **Total Inflows** | - | 49,030 |
| | | |
| **Outflow:** | | |
| Payroll - Direct & Shop OH | - | - |
| Payroll - SG&A | - | - |
| 401k \ Health Savings | - | - |
| | | |
| Materials to Purchase (current orders) | - | 12,500 |
| Materials to Purchase (new orders) | | - |
| Bariven \ PDVSA | | |
| | | |
| Rents | - | - |
| Recurring Pymts | - | - |
| Utilities | - | 6,580 |
| Legal \ Professional fees | 113,000 | 231,404 |
| US Trustee | - | 17,875 |
| | | |
| General Expenses (i.e. shop expenses) | 5,000 | 18,100 |
| | | |
| Adequate Protection Payments | - | - |
| | | |
| Interest Payments on DIP Loan | - | - |
| | | |
| Insurance (Health and Life, etc.) | - | - |
| | | |
| Other - Sales Tax | 15,000 | 15,000 |
| | | |
| Contingency | - | - |
| | | |
| **Total Outflows** | 133,000 | 301,459 |
| | | |
| **Ending Cash** | 97,562 | 97,562 |

Consolidated